IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY RAFIQ SAMUELS,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **WARDEN JULIO ALGARIN, et al.** *Defendants.* | : : | **NO. 17-5679** |

# ORDER

**AND NOW**, this 23rd day of March 2018, upon consideration of Mr. Samuels's Amended Complaint [ECF No. 6], it is **ORDERED** that:

1. For the reasons set forth in the accompanying Memorandum, the Amended Complaint is **DISMISSED,** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim,.

2. Mr. Samuels is given leave to file a second amended complaint within thirty (30) days of the date of this Order. If Mr. Samuels files a second amended complaint, he shall name all defendants in the caption and state how each defendant was involved in the violations of his rights. Any second amended complaint must be a complete document that sets for the basis for Mr. Samuels's claims without relying on prior complaints filed in this case. If Mr. Samuels does not file a second amended complaint, his case may be dismissed for failure to prosecute without further notice. If Mr. Samuels files a second amended complaint, the Clerk shall not make service until so ORDERED by the Court.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*United States District Court Judge*